IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                                                    **No. 3:13-cr-30125-DRH**

**ANTOINE MEEKS,** *et al.*,

**Defendants.**

## ORDER

**HERNDON, Chief Judge:**

    Now before the Court is defendant Steven Syms' August 8, 2014, motion to continue trial setting of August 25, 2014 (Doc. 279).  Defendant indicates a need for additional time to resolve various pretrial issues.  The government does not object to a continuance.  The Court being fully advised in the premises finds counsel and defendant require additional time to prepare an adequate defense.  The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.  Further, the Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

    Therefore, the Court **GRANTS** defendant's August 8, 2014, motion to continue trial setting of August 25, 2014 (Doc. 279).  The Court **CONTINUES** the jury trial scheduled for August 25, 2014, to **Monday, October 20, 2014 at 9:00 a.m.**  The time from the date the original motion was filed, August 8, 2014, until

the date to which the trial is rescheduled, **October 20, 2014**, is excludable time for the purposes of speedy trial.  Further, this continuance of trial also applies to all remaining nonmoving, nonsevered defendants in this case.  *United States v. Baker*, 40 F.3d 154, 159 (7th Cir. 1994) ("'[U]nder § 3161(h)(7), the excludable delay of one defendant may be ascribed to all codefendants in the same case, absent severance.'") (quoting *United States v. Tanner*, 941 F.2d 574, 580 (7th Cir. 1991), *cert. denied*, 502 U.S. 1102 (1992)).

Finally, should any party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.  Further, the parties shall notify the Court if a change of plea hearing is necessary.

**IT IS SO ORDERED.**

Signed this 4th day of August, 2014.

Digitally signed by David R. Herndon
Date: 2014.08.04 09:52:44 -05'00'

**Chief Judge**
**United States District Court**